2018-07-05.Amended_Matrix

Crown Real Estate & Management Systems Inc.
12120 Route 30
Irwin, PA   15642

John H. Boeggeman III
c/o Arbors Management
1670 Golden Mile
Monroeville, PA   15146

John H. Boeggeman Jr.
c/o Arbors Management
1670 Golden Mile
Monroeville, PA   15146

Paul Boeggeman
c/o Arbors Management
1670 Golden Mile
Monroeville, PA   15146

Mid Ohio Securities Corporation
c/o Arbors Management
1670 Golden Mile
Monroeville, PA   15146

George W. Lentz Jr.
c/o Arbors Management
1670 Golden Mile
Monroeville, PA   15146

Barbara Lentz
c/o Arbors Management
1670 Golden Mile
Monroeville, PA   15146

Mary Boeggeman
c/o Arbors Management
1670 Golden Mile
Monroeville, PA   15146

FILED
2018 AUG 10 PM 12:26
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH