UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          )
                                                )
    SHANNI SNYDER,                          ) Case 18-21983 CMB
                                                )
    Debtor.                                 ) RE: Entry 30

## NOTICE OF AMENDED SCHEDULES, DEADLINE, AND CERTIFICATE OF SERVICE

Debtor Shanni Snyder ("Snyder") filed amended schedules in this case on August 10, 2018, and the Court entered the following Order on August 14, 2018 requiring that objections to the amendments must be filed in accordance with W.PA.LBR. 1009-1 on or before 30 days from the date of the Order (August 14, 2018):

### ORDER

It is hereby ordered that, whereas the Debtor(s) filed amended schedule(s) at Doc. No. 28, any objections to the amendment(s) must be filed in accordance with W.PA.LBR. 1009-1. Together with service of notice of the amendment(s), the Debtor(s) shall provide notice to all affected parties, the Trustee (if one is appointed), and the United States Trustee that, to the extent applicable based upon the amendment(s) made, any objection to discharge, request for a 341 meeting, and/or objections to exemptions shall be filed on or before thirty days from the date of this Order or the date set forth in the Section 341 Meeting Notice, whichever is later. If the Debtor(s) fail to file a certificate of service showing that proper notice of the amendment(s) has been given in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules, including W.PA.LBR. 1009-1, and this Order, then the amendment(s) are null and void. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Carlota Bohm. Signed on 8/14/2018. (RE: related document(s): 28 Amended Schedules A B C G H I J, Amended Schedules D E F). (jhel) (Entered: 08/14/2018) .

By: _____
Shanni Snyder
14390 Route 30, Apt. H
North Huntingdon PA 15642

DEBTOR

PITTSBURGH
U.S. BANKRUPTCY COURT
CLERK

2018 AUG 20 P 12: 22

RECEIVED

# CERTIFICATE OF SERVICE

I, Shanni Snyder, certify that I mailed a true copy of the foregoing to the following persons on this 18th day of August 2018 by First Class Mail:

**Charles O. Zebley, Jr.**
P.O. Box 2124
Uniontown, PA 15401

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Crown Real Estate & Management Systems Inc.
12120 Route 30
Irwin, PA 15642

John H. Boeggeman III
c/o Arbors Management
1670 Golden Mile
Monroeville, PA 15146

John H. Boeggeman Jr.
c/o Arbors Management
1670 Golden Mile
Monroeville, PA 15146

Paul Boeggeman
c/o Arbors Management
1670 Golden Mile
Monroeville, PA 15146

Mid Ohio Securities Corporation
c/o Arbors Management
1670 Golden Mile
Monroeville, PA 15146

George W. Lentz Jr.
c/o Arbors Management
1670 Golden Mile
Monroeville, PA 15146

Barbara Lentz
c/o Arbors Management
1670 Golden Mile
Monroeville, PA 15146

Mary Boeggeman
c/o Arbors Management
1670 Golden Mile
Monroeville, PA 15146

Greensburg Central Catholic High School
911 Armory Drive
Greensburg, PA  15601

Snyder Family Trust
98 Arlene Drive
North Versailles, PA  15601

East Allegheny School District
1150 Jacks Run Road
North Versailles, PA  15137

Commonwealth of Pennsylvania
Box 280603
Harrisburg, PA  17128

Edward J and Rose Quinlan
1760 Golden Mile Highway
Monroeville, PA  15146

North Versailles Township
14904 Greensburg Avenue
North Versailles, PA  15137

Portfolio Recovery Associates
120 Corp Blvd 100
Norfolk, VA  23502

Convergent Outsourcing
800 S W 39th Street
Renton, WA  98057

George Snyder
98 Arlene Drive
North Versailles, PA  15137

Tammy McCarl Snyder
301 Fifth Avenue 714
Pittsburgh, PA  15222

Kevin McCarl
301 Fifth Avenue 714
Pittsburgh PA  15222

Jordan Tax Service
102 Rahway Road
McMurray, PA  15318

Sharon Snyder
1140 Augusta Circle
North Huntingdon, PA  15137

Robert Biros
3285 Jacks Run Road
White Oak, PA  15131

Christine Biros
3285 Jacks Run Road
White Oak, PA 15131

John Biros
3285 Jacks Run Road
White Oak, PA 15131

Baldwin Borough
3344 Churchview
Pittsburgh, PA 15227

Arbors Management
1670 Golden Mile
Monroeville, PA 15146

Allegheny County
436 Grant Street
Pittsburgh, PA 15219

Crown Real Estate & Management Systems Inc.
12120 Route 30
Irwin, PA 15642

John H. Boeggeman III
1670 Golden Mile
Monroeville, PA 15146

John H. Boeggeman Jr.
1670 Golden Mile
Monroeville, PA 15146

Paul Boeggeman
1670 Golden Mile
Monroeville, PA 15146

Mid Ohio Securities Corporation
1670 Golden Mile
Monroeville, PA 15146

George W. Lentz Jr.
1670 Golden Mile
Monroeville, PA 15146

Barbara Lentz
1670 Golden Mile
Monroeville, PA 15146

Mary Boeggeman
1670 Golden Mile
Monroeville, PA 15146

By: _____
Shanni Snyder