**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. <u>18–21983–CMB</u>**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Shanni Sue Snyder
14390 US Rt 30
Unit H
North Huntingdon, PA 15642

Social Security No.:
xxx–xx–6136

Employer's Tax I.D. No.:


NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Shanni Sue Snyder
14390 US Rt 30
Unit H
North Huntingdon, PA 15642
Telephone number:

NAME/ADDRESS OF TRUSTEE
Charles O. Zebley Jr.
P.O. Box 2124
Uniontown, PA 15401
Telephone number:  724–439–9200

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
August 12, 2022
10:00 AM
341 Meeting will be conducted by phone, please consult
the docket or, case trustee for call information.


**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**


Dated: <u>7/7/22</u>

BY THE COURT

<u>Carlota M. Bohm</u>
Judge