**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                                          Bankruptcy Case No.: 18–21983–CMB

Chapter: 7

**Shanni Sue Snyder**
  Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

  The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

  Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **September 19, 2022**.

  Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

  A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System.

  Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.

  There is no fee for filing the proof of claim.

  **Any creditor who has filed a proof of claim already need not file another proof of claim.**

  Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                                              Michael R. Rhodes
  U.S. Bankruptcy Court                                                                                          *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 7/11/22