**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Bankruptcy Case No.: 18–21983–CMB

**Shanni Sue Snyder**
    Debtor(s)

Chapter: 7

## NOTICE OF STATEMENT OF PRESUMPTION OF ABUSE

**NOTICE IS HEREBY GIVEN THAT:**

The Debtor(s) filed a *Statement* indicating that the presumption of abuse arises under *section 707(b)* of the Bankruptcy Code.

If the presumption of abuse arises under *section 707(b),* creditors may have the right to file a motion to dismiss the case or, with the debtor's consent, convert the case to a case under chapter 11 or chapter 13.

The debtor may rebut the presumption by showing special circumstances.

Dated: July 28, 2022

Michael R. Rhodes
Clerk