# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-21983-CMB |
| SHANNI SUE SNYDER | Chapter 7 |
| Debtor. | |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF INTERESTED PARTY, CHRISTINE BIROS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Interested Party, Christine Biros, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

BY:/s/*Robert S. Bernstein*
Robert S. Bernstein (PA ID. No. 34308)
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900
(412) 456-8101 -- telephone
(412) 456-8135
e-mail: rbernstein@bernsteinlaw.com

Attorney for Christine Biros

Dated: 12/9/2022