# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHANNI SUE SNYDER,<br><br>    Debtor.<br><br>CHRISTINE BIROS,<br><br>    Movant,<br><br>v.<br><br>SHANNI SUE SNYDER, CHARLES O. ZEBLEY, as Trustee to the Debtor,<br><br>    Respondents. | Bankruptcy No. 18-21983-CMB<br><br>Chapter 7 |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, to wit, this _____ day of _____, 20__, upon due consideration of the foregoing *Expedited Motion For Relief From the Automatic Stay* (hereinafter, the "Motion")[1], filed by Christine Biros, it is hereby ORDERED, ADJUDGED and DECREED:

1) The Motion is GRANTED; and

2) Christine Biros is granted relief from the automatic stay to (a) seek to vacate the Judgment and (b) object to Debtor's claim in the U-Lock Bankruptcy Case.

                                                  BY THE COURT:

                                                  _____
                                                  Honorable Carlota Bohm
                                                  United States Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.