IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>  SHANNI SUE SNYDER,<br><br>            Debtor.<br>_____<br>SHANNI SNYDER,<br><br>            Movant,<br>     v.<br><br>CHARLES ZEBLEY, Trustee,<br>JOHN BIROS, CHRISTINE BIROS,<br>GREENSBURG CENTRAL<br>CATHOLIC JUNIOR SENIOR HIGH<br>SCHOOL, and UNITED STATES<br>TRUSTEE,<br><br>            Respondents. | Case 18-21983-CMB<br><br>Chapter 7 |

ORDER (PROPOSED)

AND NOW, this ___ day of _____, 2023, upon consideration of the Expedited Amended Motion to Dismiss, and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITHOUT PREJUDICE subject to the terms and conditions of the settlement between Shanni Snyder and the Trustee Charles O. Zebley, Esq.  In the event Shanni Snyder recovers money pursuant to the settlement, she shall notify the Trustee and a motion to reopen for the limited purpose of administering those funds shall be filed.  The discharge is REVOKED.  Creditor remedies are reinstated.

_____
United States Bankruptcy Judge