IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| SHANNI SUE SNYDER, | : | Bankruptcy No. 18-21983 CMB |
| Debtor | : | |
| | : | Chapter 7 |
| SHANNI SNYDER, | : | |
| Movant | : | |
| v. | : | Related to Doc. No. 97 |
| | : | |
| CHARLES ZEBLEY, TRUSTEE, JOHN BIROS, CHRISTINE BIROS, GREENSBURG CENTRAL CATHOLIC JUNIOR SENIOR HIGH SCHOOL, and UNITED STATES TRUSTEE, | : | |
| Respondents | : | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

*AND NOW*, this **2nd day of February, 2023,** **NOTICE IS HEREBY GIVEN THAT** an *Expedited Second Amended Motion Pursuant to 11 USC 707(a) to Dismiss Without Prejudice and to Revoke the Discharge* ("Motion") has been filed in the above-referenced case by the Debtor, Shanni Snyder**.**

*On February 14, 2023 at 1:30 p.m.*, a ZOOM hearing has been scheduled via the Zoom Video Conference Application. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/.pdfs/cmb-proc-videohrg.pdf. Only a limited time of **ten (10)** minutes is reserved on the Court's calendar. This will not be an evidentiary hearing. However, if the parties believe that the presentation of evidence and/or witnesses will be required at the time of the hearing, an appropriate request shall **immediately** be filed with the Court and served upon all parties in interest.

*On or before February 10, 2023*, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*In the event that a response is not timely filed*, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the

calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

If the Motion includes a request for an extension of time, the time is extended to the date of the hearing and may be extended further pending the outcome of the hearing.

Pursuant to the Undersigned Judge's procedures, in the event that the parties are able to resolve their dispute(s), any consensual order filed with the Court shall be accompanied by a Certification of Counsel advising that all necessary parties consent to the entry of the order.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and** (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. *Depending upon the relief requested, service on the entire matrix may be required*.

*Movant shall immediately* file a certificate of service indicating such service.

Carlota M. Böhm  **dmr**
United States Bankruptcy Judge

cm: Shanni Sue Snyder
14390 US Rt 30
Unit H
North Huntingdon, PA 15642

FILED
2/2/23 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA