IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> SHANNI SUE SNYDER, <br><br> Debtor. <br><br> CHRISTINE BIROS, <br><br> Movant, <br><br> v. <br><br> SHANNI SUE SNYDER, CHARLES O. ZEBLEY, as Trustee to the Debtor, <br><br> Respondents. | Bankruptcy No. 18-21983 <br><br> Chapter 7 <br><br><br> Related Doc. Nos.: 72, 83, 87 <br><br> Hearing Date: February 22, 2023 @10am |

**SETTLEMENT AND CERTIFICATION OF COUNSEL**
**(CHRISTINE BIROS AND CHARLES O. ZEBLEY)**
**REGARDING EXPEDITED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**[DOC. NO. 72]**

The undersigned hereby certifies that agreement has been reached with Charles O. Zebley, Jr., the Chapter 7 Trustee regarding the *Expedited Motion for Relief from the Automatic Stay* filed on December 28, 2022 and the *Trustee's Motion to Approve Settlement of the Exemption of the Debtor's Assets* filed on December 8, 2022. **Debtor is NOT a party to this Settlement and Certification.**

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

    X    An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

    ☐    No other order has been filed pertaining to the subject matter of this agreement.

    ☐    The attached document does not require a proposed order.

Dated: February 7, 2023

                BERNSTEIN-BURKLEY, P.C.

By: */s/ Kirk B. Burkley*
    Kirk B. Burkley (PA ID No. 89511)
    Lara S. Martin (PA ID No. 307272)
    601 Grant Street, Floor 9
    Pittsburgh, PA 15219
    Telephone: (412) 456-8100
    Facsimile: (412) 456-8135
    kburkley@bernsteinlaw.com
    lmartin@bernsteinlaw.com

*Counsel for Christine Biros*