# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> SHANNI SUE SNYDER, <br>       Debtor. <br><br> CHRISTINE BIROS, <br>       Movant, <br><br> v. <br><br> SHANNI SUE SNYDER, CHARLES O. ZEBLEY, as Trustee to the Debtor, <br>       Respondents. | Bankruptcy No. 18-21983 <br><br> Chapter 7 <br><br><br> Related Doc. Nos.: |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, to wit, this ____ day of _____, 20__, upon due consideration of the foregoing *Expedited Motion For Relief From the Automatic Stay* (hereinafter, the "Motion")[1], filed by Christine Biros, it is hereby ORDERED, ADJUDGED and DECREED:

1) The Motion is GRANTED; and

2) *The Trustee consents to granting* Christine Biros relief from the automatic stay *(to the extent there is an automatic stay in effect) in this case, including but not limited* to, (a) seek*ing* to vacate the Judgment and (b) object*ing* to Debtor's claim in the U-Lock Bankruptcy Case.

Prepared By:

By: /s/ Kirk B. Burkley
Kirk B. Burkley, Esq., PA I.D. #89511
kburkley@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8108
Fax: (412) 456-8135
*Counsel for Christine Biros*

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Consented to By:

By: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr., Esq.
PA I.D. #28980
COZ@Zeblaw.com
ZEBLEY MEHALOV & WHITE, P.C.
P.O. Box 2124
Uniontown, PA 15401
Phone (724) 439-9200
*Chapter 7 Trustee*

**Dated:**　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Honorable Carlota Böhm**
　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**