IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>SHANNI SUE SNYDER,<br>    Debtor.<br><br>CHARLES O. ZEBELY, JR.,<br><br>    Trustee/Movant,<br>v.<br><br>SHANNI SUE SNYDER<br><br>    Debtor/Respondent. | Bankruptcy No. 18-21983-CMB<br><br>Chapter 7<br><br>Related to Doc. Nos. 66, 76, 84 |

**SETTLEMENT AND CERTIFICATION OF COUNSEL
(CHRISTINE BIROS AND CHARLES O. ZEBLEY)
REGARDING TRUSTEE'S MOTION TO APPROVE SETTLEMENT OF THE
EXEMPTION OF DEBTOR'S ASSETS [DOC. NO. 66]**

The undersigned hereby certifies that agreement has been reached with Charles O. Zebley, Jr., the Chapter 7 Trustee, regarding the *Expedited Motion for Relief from the Automatic Stay* filed on December 28, 2022 and the *Trustee's Motion to Approve Settlement of the Exemption of the Debtor's Assets* filed on December 8, 2022.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

    X    An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

        No other order has been filed pertaining to the subject matter of this agreement.

        The attached document does not require a proposed order.

Dated: February 7, 2023

                                                        BERNSTEIN-BURKLEY, P.C.

By: /s/ Kirk B. Burkley
　　Kirk B. Burkley (PA ID No. 89511)
　　Lara S. Martin (PA ID No. 307272)
　　601 Grant Street, Floor 9
　　Pittsburgh, PA 15219
　　Telephone: (412) 456-8100
　　Facsimile: (412) 456-8135
　　kburkley@bernsteinlaw.com
　　lmartin@bernsteinlaw.com

　　*Counsel for Christine Biros*