IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case 18-21983-CMB |
| | ) | |
| SHANNI SUE SNYDER, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ⸻⸻⸻⸻⸻⸻⸻⸻ | ) | |
| CHARLES O. ZEBLEY JR., | ) | RE: Entry 104 |
| | ) | |
| Trustee-Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SUE SNYDER, | ) | |
| | ) | |
| Debtor-Respondent. | ) | |

**ORDER**

AND NOW, this ____ day of February, 2022, upon stipulation and consent by the Trustee Charles O. Zebley Jr., Non-Party Christine Biros, and Debtor Shanni Snyder, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Relief from the Automatic Stay is GRANTED to allow Non-Party Christine Biros to object to Debtor's claim in the bankruptcy of *U Lock*, 22-20823 (Bk. W.Pa.) and to seek to vacate the judgment in *United States v. U Lock*, 2:21-cv-994 (W.D.Pa.).

2. Debtor is similarly released from the automatic stay so she may respond to whatever objections, motions, or proceedings Christine Biros may file.

3. By granting relief from the automatic stay by stipulation, this Court has not adjudicated any fact contained in the Expedited Motion for Relief from Stay (Entry 72) and has not adjudicated the facts or merits of the objections or motions Christine Biros seeks to file. This Court has no opinion as to the jurisdiction or merits of the positions the parties intend to take and the respective courts may determine their own jurisdiction.

⸻⸻⸻⸻⸻⸻⸻⸻
Hon. Carlota Böhm
United States Bankruptcy Judge