IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case 18-21983-CMB |
| | ) | |
|     SHANNI SUE SNYDER, | ) | Chapter 7 |
| | ) | |
|     Debtor. | ) | |
| ——————————————— | ) | |
| CHARLES O. ZEBLEY JR., | ) | RE: Entry 105 |
| | ) | |
|     Trustee-Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SUE SNYDER, | ) | |
| | ) | |
|     Debtor-Respondent. | ) | |

## **ORDER**

AND NOW, this ____ day of February, 2022, upon stipulation and consent by the Trustee Charles O. Zebley Jr., Non-Party Christine Biros, and Debtor Shanni Snyder, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Objection (Entry 71) to the Motion for Settlement (Entry 66) is WITHDRAWN.

2. The Court will enter a separate Order granting the Motion for Settlement.

3. Except as stated therein as to standing issues, the Settlement has no preclusive effect on any other issue or proceeding.

4. Non-Party Christine Biros reserves any right she may have, including the *purported* right, if any such right to do so is found by the appropriate court, to challenge any of the Debtor's claim(s) as well as the judgment in *United States v. U Lock*, 2:21-cv-994 (W.D.Pa.). This Court expresses no opinion as to the merits of the positions taken by any of the parties and has entered this Order by stipulation.

 

_____
Hon. Carlota Böhm
United States Bankruptcy Judge