# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHANNI SUE SNYDER,<br><br>    Debtor.<br><br>CHRISTINE BIROS,<br><br>    Movant,<br><br>v.<br><br>SHANNI SUE SNYDER, CHARLES O. ZEBLEY, as Trustee to the Debtor,<br><br>    Respondents. | Bankruptcy No. 18-21983<br><br>Chapter 7<br><br><br>Related Doc. Nos.: 72, 79, 83, 87 & 104<br><br>Hearing Date: February 22, 2023 @10am |

**EXHIBIT LIST FILED ON BEHALF OF:**
**MOVANT, CHRISTINE BIROS**
Case No. 18-21983-CMB
Date of Trial: February 22, 2023

| Bates Number | Exhibit Number/Letter | Date of Exhibit | Witness | Description |
|---|---|---|---|---|
| BIROS_00001 – BIROS_00009 | 1 | 7/14/2021 | | Federal Court Complaint re 2:21-cv-00904-RJC |
| BIROS_00010 | 2 | 12/14/2021 | | Federal Court Judgment re 2:21-cv-00904-RJC |
| BIROS_00011 – BIROS_00013 | 3 | | | Copy of Federal Court Docket re 2:21-cv-00904-RJC |
| BIROS_00014 – BIROS_00018 | 4 | 5/27/2022 | | Shanni Snyder Proof of Claim filed in U Lock Inc., bankruptcy case no.: 22-20823-GLT |
| BIROS_00019 – BIROS_00029 | 5 | 12/20/2022 | | Order Confirming Sale of Personal Property re 22-20823-GLT |

**Witnesses**:

**WITNESS LIST FILED ON BEHALF OF:**

**MOVANT, CHRISTINE BIROS**
Case No. 18-21983-CMB
Date of Trial: February 22, 2023

| Name of Witness | Address | Area of Testimony |
|---|---|---|
| Christine Biros | c/o Kirk B. Burkley, Esq. Bernstein-Burkley, P.C. 601 Grant Street, 9th Floor Pittsburgh, PA 15219 | |
| Kash Snyder | c/o J. Allen Roth, Esq. 805 S Alexandria Street Latrobe, PA 15650 | |
| George Snyder | c/o J. Allen Roth, Esq. 805 S Alexandria Street Latrobe, PA 15650 | |
| Shanni Sue Snyder | 14390 US Rt 30 Unit H North Huntingdon, PA 15642 | |

Dated: February 10, 2023

BERNSTEIN-BURKLEY, P.C.

By: */s/ Kirk B. Burkley*
Kirk B. Burkley (PA ID No. 89511)
Lara S. Martin (PA ID No. 307272)
601 Grant Street, Floor 9
Pittsburgh, PA 15219
Telephone: (412) 456-8100
Facsimile: (412) 456-8135
kburkley@bernsteinlaw.com
lmartin@bernsteinlaw.com

*Counsel for Christine Biros*