IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHANNI SUE SNYDER,<br><br>Debtor. | Bankruptcy No. 18-21983-CMB<br><br>Chapter 7 |
| SHANNI SUE SNYDER,<br><br>Movant,<br><br>v.<br><br>CHARLES ZEBLEY, Trustee,<br>JOHN BIROS, CHRISTINE BIROS,<br>GREENSBURG CENTRAL CATHOLIC<br>JUNIOR SENIOR HIGH SCHOOL, and<br>UNITED STATES TRUSTEE,<br><br>Respondents. | Related to Doc. Nos. 94 and 97 |

## ORDER

AND NOW, this 14th day of February, 2023, for the reasons set forth on the record at the hearing held on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The *Expedited Amended Motion Pursuant to 11 USC 707(a) to Dismiss without Prejudice and to Revoke the Discharge* (Doc. No. 94) filed by Shanni Snyder is **DENIED AS MOOT** based on the subsequent, amended motion.

2. The *Expedited Second Amended Motion Pursuant to 11 USC 707(a) to Dismiss without Prejudice and to Revoke the Discharge* (Doc. No. 97) filed by Shanni Snyder is **DENIED**.

_____
Carlota M. Böhm
United States Bankruptcy Judge

**COPY MAILED TO:**
Shanni Snyder
14390 US Rt 30
Unit H
North Huntingdon, PA 15642

FILED
2/14/23 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA