IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHANNI SUE SNYDER,<br><br>Debtor. | Bankruptcy No. 18-21983-CMB<br><br>Chapter 7 |
| SHANNI SUE SNYDER,<br><br>Movant,<br><br>v.<br><br>WILLIAM E. OTTO and<br>CHRISTINE BIROS,<br><br>Respondents. | Related to Doc. Nos. 80 and 110 |

## ORDER

**AND NOW**, this 14th day of February, 2023, among the matters scheduled for February 22, 2023, is an initial hearing on the *Motion Pursuant to 11 USC 362(k) for Automatic Stay Violations* ("Motion," Doc. No. 80) filed by Shanni Snyder. A response was filed by William E. Otto and Christine Biros (Doc. No. 92). As Ms. Snyder has since filed a Notice of Withdrawal (Doc. No. 110) with respect to her Motion and as the Respondents argued that withdrawal of the Motion was appropriate based on the proceedings and developments in the bankruptcy case of U Lock Inc. (Case No. 22-20823-GLT), it appears the parties are in agreement that the Motion should be withdrawn. The Court agrees this is an appropriate result.

Therefore, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Motion is withdrawn without prejudice, and the hearing on February 22, 2023, is cancelled.

_____
Carlota M. Böhm
United States Bankruptcy Judge

**COPY MAILED TO:**
Shanni Snyder
14390 US Rt 30
Unit H
North Huntingdon, PA 15642

FILED
2/14/23 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA