# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>SHANNI SUE SNYDER,<br>    Debtor. | Bankruptcy No. 18-21983-CMB<br><br>Chapter 7 |
| CHARLES O. ZEBELY, JR.,<br><br>    Trustee/Movant,<br>v.<br><br>SHANNI SUE SNYDER<br><br>    Debtor/Respondent. | Related Doc. Nos. 66, 71, 105, 107 |

## AGREED ORDER REGARDING THE TRUSTEE'S MOTION TO APPROVE SETTLEMENT OF THE EXEMPTION OF DEBTOR'S ASSETS

1. AND NOW COMES Christine Biros ("Biros") and Charles O. Zebley, Jr., Chapter 7 Trustee ("Trustee"), and collectively (the "Parties"), by and through their respective undersigned counsel and file this Agreed Order Regarding the Trustee's Motion to Approve Settlement of the Exemption of Debtor's Assets (the ("Settlement Motion"), averring as follows: As of February 7, 2023, the Parties have reached an agreement related to the Settlement Motion. Biros agrees to withdraw her objection to the Settlement Motion in reliance on the agreement of the Parties as set forth herein and pursuant to the Settlement and Certification of Counsel Regarding Biros' Expedited Motion for Relief from the Automatic Stay.

2. AND NOW, upon consideration of the following, the Court orders, adjudges and decrees as follows:
   a. Biros' objection to the Settlement Motion is hereby WITHDRAWN;
   b. The Settlement Motion has no preclusive effect on any other issue or proceeding; and
   c. Biros reserves all her rights in full which includes, without limitation, the right to challenge any of the Debtor's claim(s) as well as the Federal Court Judgment,

entered at Case No. 2:21-cv-994 in the United States District Court Western District of Pennsylvania, Snyder v. U Lock, Inc.

Prepared By:

By: /s/ Kirk B. Burkley
Kirk B. Burkley, Esq., PA I.D. #89511
kburkley@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8108
Fax: (412) 456-8135

*Counsel for Christine Biros*

Consented to By:

By: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr., Esq., PA I.D. #28980
COZ@Zeblaw.com
ZEBLEY MEHALOV & WHITE, P.C.
P.O. Box 2124
Uniontown, PA 15401
Phone (724) 439-9200

*Chapter 7 Trustee*

**Dated: February 14, 2023**

**BY THE COURT:**

[signature]

**Honorable Carlota Bohm**
**United States Bankruptcy Judge**

**COPY MAILED TO:**
Shanni Snyder
14390 US Rt 30
Unit H
North Huntingdon, PA 15642

FILED
2/14/23 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA