IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 18-21983 CMB |
| Shanni Sue Snyder, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Document No. 66 |
| Charles O. Zebley, Jr., | ) | |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Shanni Sue Snyder, | ) | |
| | ) | |
| Debtor/Respondent. | ) | |

ORDER

**AND NOW**, upon consideration of the *Trustee's Motion to Approve Settlement of the Exemption of Debtor's Assets* (Motion, Doc. No. 66), the Court **ORDERS, ADJUDGES, and DECREES** that the Motion is **GRANTED** to the extent provided herein and subject to the terms of the *Agreed Order Regarding the Trustee's Motion to Approve Settlement of the Exemption of Debtor's Assets* entered on this date providing for the withdrawal of the Response in Opposition (Doc. No. 71) filed by Christine Biros:

1. The Shanni Sue Snyder bankruptcy estate will receive the first $32,500, payable to Debtor Shanni Sue Snyder as part of any distribution in the U Lock, Inc. bankruptcy at case number 22-20823 GLT.

2. Debtor has standing to pursue all claims and objections she has against U Lock, and any claims and objections she acquires from the U Lock estate, Trustee Slone and/or U Lock, Including all rights, claims, demands, actions causes of actions, and/or claims for relief including those under Chapter 5 of the Bankruptcy Code and non-bankruptcy law claims that may be asserted by the Trustee, the U Lock estate, or U Lock Inc., with the exceptions of cash held by the Trustee and the estate's possible claim against George Snyder for actions under Sections 546 and 547 of the Bankruptcy. Trustee Zebley will not interfere in the pursuit of any of these claims. Debtor will cooperate fully to enable Trustee Zebley to collect the first $32,500 distributed to Debtor in the U Lock bankruptcy.

3. Debtor will not exempt any of the $32,500.

4. Trustee Zebley will pay any surplus to Debtor.

5. Trustee Zebley abandons all of Debtor's remaining assets, including the Judgment and any amount of the U.S. District Court Judgment entered at 2:21-cv-994 in the United States District Court Western District of Pennsylvania, Snyder v. U Lock, Inc. except for the first $32,500 payable to Debtor in the U Lock bankruptcy.

6. Trustee Zebley, the Debtor and all parties in interest reserve their right to object to all or any portion of the Claim No. 1 files by John Biros in the amount of $5,158.00 in the Snyder Bankruptcy Case. Debtor Further agrees she will not object to Claim No. 2, Greensburg Central Catholic Junior-Senior High School in the amount of $22,318.00.

7. The hearing on the Motion on February 22, 2023, is CANCELLED.

BY THE COURT

Dated: February 14, 2023

Carlota M. Bohm
United States Bankruptcy Judge

FILED
2/14/23 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**COPY MAILED TO:**
Shanni Snyder
14390 US Rt 30
Unit H
North Huntingdon, PA 15642