IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHANNI SUE SNYDER,                     Bankruptcy No. 18-21983-CMB

    Debtor.                             Chapter 7

ALLEGHENY ESTATES, LLC,                Document No.

    Movant,

vs.

SHANNI SUE SNYDER,

    Respondent.

## MOTION FOR ORDER TO CONFIRM NO STAY AND/OR RELIEF FROM STAY IN REM

**AND NOW**, comes the Movant, Allegheny Estates, LLC, an interested party in the above-captioned Bankruptcy Case, by and through its Counsel, Sy O. Lampl, and files the within Motion for Order to Confirm No Stay and/or Relief from Stay In Rem in support thereof avers the following:

1. This Bankruptcy Case commenced by the filing of a Chapter 7 Bankruptcy Petition on May 5, 2018.

2. The Movant, Allegheny Estates, LLC is an interested party as titled owner of real property situate at 98 Arlene Avenue, North Versailles, Allegheny County, Pennsylvania 15137 (the "Property") via transfer from Penn Pioneer Enterprises LLC. A true and correct copy of the Deed granting Movant the Property is attached hereto as **EXHIBIT A**.

3. The Debtor did not list any ownership of the Property in her Completed Petition filed on June 1, 2018, at Doc. No. 12.

4. The Property was subject to proceedings in the bankruptcy case of the Debtor's father, George Snyder, who was a squatter in the Property, in Case No. 21-22419-CMB ("G. Snyder Bankruptcy").

5. In the G. Snyder Bankruptcy, the Property was also subject to a Motion for Order to Confirm No Stay by, which was ruled in Movant, in a Memorandum Order dated August 23, 2022, at Doc. No. 81 ("G. Snyder Order").

6. The G. Snyder Order was affirmed by a Final Order of Court by District Court Judge Cathy Bissoon in Civil Action Number: 2:22-16, at Doc. No 89 ("Final Order").

7. On July 7, 2022, this Bankruptcy Case was reopened by Order of Court, at Doc. No. 51.

8. On July 28, 2022, the Debtor filed Amended Schedules, which included an equitable interest in the Property in Amended Schedule A, at Doc. No. 61.

9. The Debtor now asserts a property interest, despite never participating in any of the proceedings and having previously transferred away any rights to the property via Deed recorded in the Allegheny County Recorder of Deeds on June 27, 2011, recorded in Deed Book Volume 14616, Page 499. A true and Correct copy of the June 27, 2011 Deed is attached hereto as **EXHIBIT B**.

10. As of the date of the filing of the Petition in the G. Snyder Bankruptcy, as well as the date of the filing of the Debtor's Petition, the Debtor had no property interest

in the Property. Movant purchased Property on December 6, 2019 from Penn Pioneer Enterprises LLC.

11. The Property was purchased by Penn Pioneer Enterprises LLC at a tax sale and was granted title by Sheriff Deed on November 14, 2019. A true and correct Copy of the Sheriff Deed is attached hereto as **EXHIBIT C**.

12. When the Property was sold at tax sale, it was titled in the name of 98 Arlene Drive LLC. 98 Arlene Drive was granted title in the Property by deed dated November 30, 2012. A true and correct copy of the November 30, 2012 Deed is attached hereto as **EXHIBIT D**.

13. The tax sale redemption period has passed following the tax sale of the Property.

14. Movant was granted a judgment on September 22, 2021 granting possession of Property to Movant and ordering ejection of Respondent. A true and correct copy of the judgment is attached hereto as **EXHIBIT E**.

15. Respondent was served the writ of possession on Property by Sheriff Return dated October 13, 2021. A true and correct copy of the Sheriff Return is attached hereto as **EXHIBIT F**.

16. Curiously, Debtor did not participate in any of these proceedings, nor assert an equitable interest in the Property during any of these proceedings.

17. Movant believes, and therefore avers, that Debtor has only asserted this equitable interest to further delay Movant from removing her father from the property, using the automatic stay as a shield to chill the Movant from rightfully acquiring possession of the Property.

18. Pursuant to 11 U.S.C. § 362 (j) and 11 U.S.C. § 362 (c)(4)(A)(2), Movant, as an interested party requests confirmation that no stay is in effect for the Property located at 98 Arlene Avenue, North Versailles, Allegheny County, Pennsylvania 15137.

19. The Movant, Allegheny Estates, LLC, hereby requests this Honorable Court to Decree that there is no stay in effect for said property, and to authorize the Sheriff to proceed with ejection of Respondent from the Property

20. Further, given the series of actions taken by George Snyder and the Debtor, his daughter, in abusing the bankruptcy process, Movant is this Court issue an Order granting relief from stay and/or confirming no stay in rem to the Property, so that there are no further delays to the Movant rightfully taking possession of the Property.

**WHEREFORE**, Movant, Allegheny Estates, LLC, respectfully requests this Honorable Court enter an Order as follows:

(1) Confirming that there is no stay in place and Movant, Allegheny Estates, LLC and the Allegheny County Sheriff shall proceed with ejection against 98 Arlene Drive, North Versailles, Allegheny County, Pennsylvania 15137 or to the extent the stay does apply, that Movant be granted relief from stay in rem against 98 Arlene Drive, North Versailles, Allegheny County, Pennsylvania 15137; and

(2) Any other relief deemed appropriate by the Court.

          Respectfully submitted,

Dated: <u>May 5, 2023</u>     <u>*/s/ Sy O. Lampl*</u>
          SY O. LAMPL
          PA I.D. #324741
          Robert O Lampl Law Office, LLC
          223 Fourth Avenue, 4th Fl.
          Pittsburgh, PA  15222
          (412) 392-0330 (phone)
          (412) 392-0335 (facsimile)
          Email:  <u>slampl@lampllaw.com</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHANNI SUE SNYDER,                              Bankruptcy No. 18-21983-CMB

    Debtor.                                          Chapter 7

ALLEGHENY ESTATES, LLC,

    Movant,

vs.

SHANNI SUE SNYDER,

    Respondent.

## CERTIFICATE OF SERVICE

I, Sy O. Lampl, hereby certify that on the 5th day of May, 2022, a true and correct copy of the foregoing **MOTION FOR ORDER TO CONFIRM NO STAY AND/OR RELIEF FROM STAY IN REM** was served upon the following, (via Electronic Service or First-Class U.S. Mail):

Office of the U.S. Trustee
1001 Liberty Avenue
970 Liberty Center
Pittsburgh, PA  15222

Shanni Sue Snyder
14390 US Rt 30
Unit H
North Huntingdon, PA 15642

Charles O. Zebley, Jr.
P.O. Box 2124
Uniontown, PA 15401

Dated: <u>May 5, 2023</u>                    <u>/s/ Sy O. Lampl</u>
SY O. LAMPL
PA I.D. #324741
Robert O Lampl Law Office, LLC
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: slampl@lampllaw.com