**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| **SHANNI SUE SNYDER,** | Bankruptcy No. 18-21983-CMB |
| Debtor, | Chapter 7 |
| **ALLEGHENY ESTATES, LLC,** | Doc. No. |
| Movant, | Related to Doc. Nos. 126, 128, 129 |
| v. | |
| **SHANNI SUE SNYDER,** | Hearing Date and Time: June 12, 2023, at 1:30 p.m. |
| Respondent. | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION FOR ORDER TO CONFIRM NO STAY AND/OR**
**RELIEF FROM STAY IN REM**

Sy O. Lampl, Counsel for the Movant, hereby certifies that:

1. The Motion for Order to Confirm No Stay and/or Relief from Stay in REM was filed with the Bankruptcy Court on May 5, 2023 at Document No. 126.

2. The Response/Objection Deadline of May 22, 2023 has passed and no objections or responses appear on the docket nor were they served upon Sy O. Lampl or anyone from Robert O Lampl Law Office, LLC.

                                          Respectfully Submitted,

Date: May 23, 2023                            */s/ Sy O. Lampl*
                                              SY O. LAMPL
                                              PA I.D. # 324741
                                              Robert O Lampl Law Office, LLC
                                              223 Fourth Avenue, 4th Floor
                                              Pittsburgh, PA  15222
                                              (412) 392-0330 (phone)
                                              (412) 392-0335 (facsimile)
                                              Email:  slampl@lampllaw.com