IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHANNI SUE SNYDER,   Bankruptcy No. 18-21983-CMB

    Debtor.   Chapter 7

ALLEGHENY ESTATES, LLC,   Document No. 126

    Movant,

vs.

SHANNI SUE SNYDER,   **ENTERED BY DEFAULT**

    Respondent.

## ORDER OF COURT

AND NOW, to-wit, this 24th day of May, 2023, upon consideration of the Motion to Confirm No Stay, it is hereby **ORDERED, ADJUDGED, and DECREED**:

(1) It is Confirmed that there is no stay in place and Movant, Allegheny Estates, LLC and the Allegheny County Sheriff shall proceed with ejection against 98 Arlene Drive, North Versailles, Allegheny County, Pennsylvania 15137 or to the extent the stay does apply, that Movant be granted relief from stay in rem against 98 Arlene Drive, North Versailles, Allegheny County, Pennsylvania 15137;

(2) Allegheny Estates LLC and the Allegheny County Sheriff shall proceed with ejection against 98 Arlene Drive, North Versailles, Allegheny County, Pennsylvania 15137.

Date: May 24, 2023

*Carlota M. Böhm* **dmr**
Carlota M. Böhm
United States Bankruptcy Court Judge

FILED
5/24/23 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA